# UNITED STATES DISTRICT COURT
for the
District of Maryland

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

2:27 pm, Jul 25 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
FIVE CELLULAR PHONES AND THREE )
COMPUTERS CURRENTLY IN THE CUSTODY )
OF HSI )

Case No. 22-2088-ADC

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of _____Maryland_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846, 841 | Conspiracy and Possession with Intent to Distribute Controlled Substances |
| 18 U.S.C. 1343, 1344, 1349 | Wire Fraud, Bank Fraud, Bank and Wire Fraud Conspiracy |
| 18 U.S.C. 1028A | Aggravated Identity Theft |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*natt otterson*
*Applicant's signature*

Special Agent Natt Otterson, HSI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 11 July 2022

*A. David Copperthite*
*Judge's signature*

City and state: Baltimore, Maryland         A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*